UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS ASSOCIATION, et al., <br><br>Plaintiffs, <br><br>v. <br><br>RONALD G. KETTNER, et al., <br><br>Defendants. | No. 2:14-cv-00718-MCE-AC <br><br><br>**ORDER** |

On May 23, 2014, pursuant to Local Rule 144(c), Defendants Nancy G. Gibson, Ronald G. Kettner, David Meyers, and the United States Forest Service ("Defendants") filed an Ex Parte Application for an extension of time to file a response to Plaintiffs' Complaint. ECF No. 46. Defendants' response is currently due on June 3, 2014. See id. Defendants have not previously requested an extension of time. Plaintiffs oppose Defendants' application.

The Court may, in its discretion, grant an initial extension ex parte upon the affidavit of counsel that a stipulation extending time cannot reasonably be obtained, explaining the reasons why such a stipulation cannot be obtained and the reasons why the extension is necessary. E.D. Cal. Local R. 144. Except for one such initial extension, ex parte applications for extension of time are not ordinarily granted. Id.

1

Defendants' application, ECF No. 46, is GRANTED.  Defendants shall file their response to Plaintiffs' Complaint by no later than July 1, 2014.  Defendants' Motion for Extension of Time to file answer, ECF No. 44, is DENIED as moot.  Plaintiffs' Motion for a Preliminary Injunction is set for hearing on June 12, 2014.  Opposition and Reply briefing is due as set forth in Local Rule 230.

IT IS SO ORDERED.

Dated:  May 28, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT