IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | CASE NO.   2:14-cv-00718-MCE-AC<br><br>**ORDER** |

**ORDER**

Pursuant to the parties' stipulation and good cause having been shown,

IT IS HEREBY ORDERED THAT the stay of proceedings shall continue until January 22, 2016, and, if the case does not settle during this period of time, the parties are directed to file a joint status report no later than January 29, 2016.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

JOINT STATUS REPORT