JACQUELINE MITTELSTADT, ESQ. SBN 172188
MITTELSTADT LAW
1034 Emerald Bay Road, No. 413
South Lake Tahoe, California 96150
Telephone (530) 307-9412
Facsimile (530) 452-1966
jm@tahoelawcenter.com

Attorneys for Plaintiffs
JAMESON BEACH PROPERTY OWNERS
  ASSOCIATION, GENE LANDON, and HELEN
  NICOLAIDES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON, an individual; and HELEN NICOLAIDES,<br><br>    Plaintiffs,<br>       vs.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; RONALD G. KETTNER, , in his official capacity as Appeal Deciding Officer for the U.S. Forest Service; DAVID MEYERS, in his official capacity as Appeal Reviewing Officer; and NANCY GIBSON, in her official capacity as the Forest Supervisor for the Lake Tahoe Basin Management Unit,<br><br>    Defendant. | Case No.: 2:14-cv-00718-MCE-AC<br><br>**STIPULATION TO VOLUNTARY DISMISSAL BY PLAINTIFF GENE LANDON AND HELEN NICOLAIDES; ORDER THEREON** |

   THE PARTIES HEREIN AGREE that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs Gene Landon, by and through his Trustee John Landon, and Helen Nicolaides by and through Trustee

1  Laura Johnson as Trustee of the David A & Helen J. Nicolaides Trust, hereby dismiss the instant
2  matter against all Defendants.  This dismissal relates to only these plaintiffs.

4  DATED:   Sept. 20, 2015

7  /s/ Jacqueline Mittelstadt
   Attorneys for Plaintiffs
8  JAMESON BEACH PROPERTY
   OWNERS ASSOCIATION, GENE
9  LANDON, and HELEN
   NICOLAIDES

11 /s/ Julia Thrower
   Attorneys for Defendants
12 THE UNITED STATES OF AMERICA,
   UNITED STATES DEPARTMENT OF AGRICULTURE,
13 FOREST SERVICE; RONALD G. KETTNER;
   DAVID MEYERS and NANCY GIBSON

## ORDER

In accordance with the foregoing stipulation, Plaintiffs Gene Landon and Helen Nicolaides are hereby dismissed from the instant matter.  Jameson Beach Property Owners Association is now the sole remaining Plaintiff in this case.

IT IS SO ORDERED.

Dated:  October 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT