IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et seq.,<br><br>Defendants. | CASE NO.  2:14-cv-00718-MCE-AC<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS** |

Pursuant to the parties' further status report filed January 29, 2016 (ECF No. 89-1), which asks the Court to continue the stay of proceedings currently in effect due to ongoing settlement negotiations, the stay of proceedings is continued to April 29, 2016.  If the parties do not have a final executed Settlement Agreement prior to April 29, 2016, the parties are directed to file a joint status report no later than May 6, 2016.

IT IS SO ORDERED.

Dated:  February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT