THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al*,<br><br>Defendants. | CASE NO.   2:14-cv-00718-MCE-AC<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS** |

Pursuant to the parties' status report, in which they ask this Court to continue the stay of proceedings currently in effect, the stay of proceedings is continued to August 5, 2016.  If the parties do not have a final, executed Settlement Agreement prior to August 5, 2016, the parties are directed to file a joint status report no later than August 12, 2016.

IT IS SO ORDERED.

Dated:  May 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER