IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et seq.,<br><br>　　　　　　　　　　Defendants. | CASE NO.　2:14-CV-00718-MCE-DB<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS** |

Pursuant to the parties' status report (ECF No. 206-1), the stay of proceedings is continued to Nov. 4, 2016. If the parties have not submitted a final, executed Settlement Agreement for the Court's approval prior to Nov. 4, 2016, the parties are directed to appear in this Court on November 10, 2016, at 2:00 p.m. to show cause why this case has not been settled and to provide input on a date certain on which the Court will require the submission of a finalized and executed Settlement Agreement.

　　　　IT IS SO ORDERED.

Dated: August 19, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE