1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  JAMESON BEACH PROPERTY              No.  2:14-cv-00718-MCE-DB
   OWNERS ASSOCIATION, et al.,
10
                Plaintiff,
11
          v.                          **AMENDED ORDER EXTENDING STAY
12                                     OF PROCEEDINGS**
   UNITED STATES, et al.,
13
                Defendants.
14

15

16          Pursuant to the parties' status report (ECF No. 97-1) in which they ask this Court

17  to continue the stay of proceedings currently in effect, the stay of proceedings is

18  continued to November 29, 2016.  If the parties have not submitted a final, executed

19  Settlement Agreement by that time, they are directed to appear before this Court on

20  December 1, 2016 at 2:00 p.m. to show cause why this case has not been settled and to

21  provide input on a date certain on which the Court will require the submission of a

22  finalized and executed Settlement Agreement.  The previously set hearing for November

23  17, 2016 is hereby vacated.

24          IT IS SO ORDERED.

25  Dated:  November 15, 2016

26

27                                     _____
                                       MORRISON C. ENGLAND, JR.
28                                     UNITED STATES DISTRICT JUDGE

                                       1