| | |
|---|---|
| JACQUELINE MITTELSTADT<br>TAHOE LAW CENTER<br>1034 Emerald Bay Road Suite 413<br>South Lake Tahoe, CA  96150<br>Telephone: (530) 307-9412<br>Facsimile: (530) 452-1966<br>jm@tahoelawcenter.com<br><br>Attorney for Plaintiff | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>ANDREW A. SMITH<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 607<br>Albuquerque, NM 87103<br>Telephone: (505) 224-1468<br>Facsimile: (505) 346-7205<br>andrew.smith@usdoj.gov<br><br>Attorneys for Federal Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>                Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>                Federal Defendants. | CASE NO. 2:14-cv-00718-MCE-DB<br><br>**STIPULATION OF DISMISSAL;<br>ORDER THEREON** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal with prejudice of all claims in No. 2:14-CV-00718-MCE-DB.  The Parties further agree and stipulate that each Party will bear its own attorneys' fees and costs for this litigation.

      Respectfully Submitted this 8th day of March, 2017,

| | | |
|---|---|---|
| 1 | Dated: March 8, 2017 | */s/ Jacqueline Mittelstadt*<br>JACQUELINE MITTELSTADT<br>TAHOE LAW CENTER<br>Attorney for Plaintiff |
| 6 | Dated: March 8, 2017 | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br><br>*/s/ Andrew A. Smith*<br>ANDREW A. SMITH<br>Senior Trial Attorney<br>U.S. Department of Justice<br><br>*/s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Federal Defendants |

**ORDER**

Pursuant to the Parties' stipulation, this case is dismissed with prejudice and each of the Parties shall bear its own attorneys' fees and costs for this litigation. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE